IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MODERN WOODMEN OF AMERICA**                                  **PLAINTIFF**

**V.**                                                                        **NO. 4:25-CV-68-DMB-DAS**

**BRYAN A. WEAVER; MEAGAN
BROOKE WEAVER; TYLER ADAMS
WEAVER; and M.R.W., a minor**                                **DEFENDANTS**

**ORDER**

On June 3, 2025, Modern Woodmen of America filed a motion requesting that Exhibits A-D to its original complaint "be permanently sealed from public access only, with CM/ECF access permitted to the litigants' counsel."[1] Doc. #6 at 2–3. As cause, it submits that "Exhibits A to D of the Complaint inadvertently contained more than the last four digits of social security numbers and more than the year of birth;" and "F.R.C.P. Rule 5.2 and § 205(c)(3) of the E-Government Act of 2002 clearly favor nondisclosure over the public's right to the redacted material described." *Id.* at 1.

There is a "presumption in favor of the public's access to judicial records" and the decision whether to order judicial records sealed is committed to the sound discretion of the district court, which must balance "the public's common law right of access against the interests favoring nondisclosure." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). Because Exhibits A-D to the original complaint contain personal and sensitive information, the Court concludes that the interests favoring nondisclosure outweigh the public's right to access such. *See Sealed Appellant v. Sealed Appellee*, No. 22-50707, 2024 WL 980494, at *2 (5th Cir. Mar. 7, 2024)

---

[1] "Modern Woodmen has filed an Amended Complaint with Exhibits A through D containing the appropriate redactions as required by F.R.C.P. 5.2." Doc. #6 at 1.

("At minimum, all filings should be redacted for consistency with Federal Rule of Civil Procedure 5.2(a), which generally requires parties to partially redact information such as Social Security numbers, financial account numbers, birth dates, and names of minor children."). So, the motion [6] is **GRANTED**. The Clerk of the Court is directed to restrict to counsel of record and the Court access to [1-1][1-2][1-3][1-4].

    **SO ORDERED**, this 5th day of June, 2025.

                                              /s/Debra M. Brown
                                              **UNITED STATES DISTRICT JUDGE**