IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MODERN WOODMEN OF AMERICA                                              PLAINTIFF

V.                                                     CIVIL CAUSE NO. 4:25-CV-68-DMB-DAS

BRYAN A. WEAVER, ET AL.                                           DEFENDANTS

## ORDER WITHDRAWING SHOW CAUSE ORDER

On September 25, 2025, the court entered a Show Cause Order directing the plaintiff Modern Woodmen of America to seek entry of default against the defendants Meagan Brooke Weaver, Tyler Adams Weaver, and M.R.W. or show cause why they should not be dismissed for failure to prosecute. Doc. 21. The plaintiff responded by asking the court to set a status conference and explaining that seeking entry of default against these defendants contravenes an insurer's obligation to remain neutral in an interpleader action. Doc. 24. The plaintiff simultaneously filed its motion to dismiss as the subject funds have been paid into the court's registry. Doc. 22. For these reasons, the court withdraws its Show Cause Order and accordingly finds the motion for a status conference moot.

SO ORDERED, this the 9th day of October, 2025.

                                                 /s/ David A. Sanders
                                                 UNITED STATES MAGISTRATE JUDGE